**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of _____ **Columbia** _____

TO:

**Jenny Jones, Case Manager WASECA FCI**
**POB 1731**
**Waseca, MN. 56093**
**Official Capacity**

Civil Action, File Number ___ **CA-07-837 PLF** ___

_____ **Garland Walton** _____
                    V.

**Bureau of Pr isons, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You <u>MUST COMPLETE</u> the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

)WLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation,
ther entity, you must indicate under your signature your relationship to that entity. If
.uthorized to receive process, you must indicate under your signature your authority.

2 of this form to the sender within ___ days, you (or the party on whose behalf you
.curred in serving a summons and complaint in any other manner permitted by law.

this form, you (or the party on whose behalf you are being served) must answer the
vere sent. If you fail to do so, judgment by default will be taken against you for the

)tice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature *(USMS Official)*

)F RECEIPT OF SUMMONS AND COMPLAINT

:d a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

## RECEIVED

_____
Signature

MAY 3 1 2007

_____
Relationship to Entity/Authority to Receive

NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

7004 2510 0000 2032 8581

102595-02-M-1540

SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

2. Article Number
*(Transfer from service label)*

PS Form 3811, February 2004    Domestic Return Receipt

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of ____ **Columbia**

TO: ⌐

    **Jenny Jones, Case Manager**
    **WASECA FCI**
    **POB 1731**
    **Waseca, MN. 56093**

            ⌐

Civil Action, File Number ____ **CA-07-837 PLF**

**Garland Walton**
_____
                      V.

**Bureau of Prisons, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, _____ner entity, you must indicate under your signature your relationship to that entity. If _____horized to receive process, you must indicate under your signature your authority.

_____ of this form to the sender within ___ days, you (or the party on whose behalf you _____urred in serving a summons and complaint in any other manner permitted by law.

_____his form, you (or the party on whose behalf you are being served) must answer the _____ere sent. If you fail to do so, judgment by default will be taken against you for the

_____ice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature (USMS Official)

F RECEIPT OF SUMMONS AND COMPLAINT

a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

City, State and Zip Code **RECEIVED**

Signature      **MAY 3 1 2007**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

### [Return receipt card - left side]

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    _Jenny Jones_

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _signature_    ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0000 2032 8574

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

07-837 5/15/07 BB

Form USM-299
(Rev. 6/95)