UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARLAND WALTON )<br>FCI Waseca )<br>P.O. BOX 1731 )<br>Waseca, MN 560930 )<br>Reg. No. 03516-025 )<br>      )<br>      Plaintiff, )<br>   v.     ) <br>      )<br>FEDERAL BUREAU OF PRISONS, )<br>HARLEY G. LAPPIN, Director of the FBOP )<br>and JENNY JONES, Case Manager at FCI Waseca )<br>HARRELL WATTS, Administrator, National )<br>Inmate Appeals )<br>in their individual and official capacities )<br>      )<br>      Defendants. )<br>      ) | Case No: 07-0837 (PLF) |

**NOTICE OF ENTRY OF ATTORNEY APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Charlotte A. Abel as counsel of record for the Federal Bureau of Prisons, defendants in the above-captioned civil action.

__/s/_____
CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4410
Washington, D.C.  20530
(202) 307-2332

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **8TH** day of **June**, 2007, a true and correct copy of the foregoing Notice of Appearance was served by first class United States mail, postage prepaid marked for delivery to:

GARLAND WALTON
R03516-025
WASECA
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1731
WASECA, MN 56093

\_\_/s/_____
CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4410
Washington, D.C. 20530