UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARLAND WALTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-00837 (PLF) |
| | ) |
| BUREAU OF PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |

MOTION FOR EXTENSION OF TIME TO ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the defendants (the Bureau of Prisons ("BOP"); Harley G. Lappin, Director of the BOP; Jenny Jones, a BOP employee; and Harrell Watts, also a BOP employee) hereby move for a one-week extension of time to answer or otherwise respond to the complaint, i.e., to July 23, 2007.[1]  The content of the complaint in this case is the same as the content of the complaint filed in Walton v. Federal Bureau of Prisons, et al., 07cv00746(PLF).  The only difference is that the latter complaint is single spaced.  Plaintiff also has pending a habeas petition in the United States District Court for the District of Minnesota, Walton v. C. Holenka, Warden, 07-2121.  The habeas petition contains the same claims as made in the two cases filed in this Court, except that the habeas petition does not include the damages claim against the individually-sued defendants.

The attorney to whom this case was assigned (Charlotte Abel) has recently been in multiple trials.  These trials and associated matters, together with other litigation responsibilities, have prevented her from preparing a dispositive motion in this case.  The additional time is,

---

[1] In making this motion, the individually-sued defendants do not waive any of the defenses available to them, including those in Fed. R. Civ. P. 12 and official immunity, including qualifed and absolute immunity.

therefore, needed. Because of the difficulties involved in contacting federal prisoners, undersigned counsel (Fred E. Haynes) has not attempted to contact plaintiff to determine his position on this motion.²

 Attached is a draft order reflecting the requested extension of time.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

CHARLOTTE A. ABEL, DC Bar #388582
Assistant United States Attorney
    /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney

---

²Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARLAND WALTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-00837 (PLF) |
| | ) |
| BUREAU OF PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of the motion by the defendants for an extension of time to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2007,

ORDERED that defendant shall have to, and including, July 23, 2007, to answer or otherwise respond to the complaint in this action.

                              UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff and to counsel for defendants

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for an extension of time to answer to be served by first-class mail, postage prepaid, this 16th day of July, 2007, on:

>Mr. Garland Walton
>R 03516-025
>Waseca Federal Correctional Institution
>P.O. Box 1731
>Waseca, MN 56093

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201