UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Garland Walton
FCI Waseca
P.O. Box 1731
Waseca, MN 56093
Reg. No. 03516-025
    Plaintiff

    v.

Case No. 07-0837 (PLF)

Federal Bureau of Prisons,
Harley G. Lappin, Director of the FBOP
and Jenny Jones, Case Manager at FCI Waseca
Harrell Watts, Administrator, National
  Inmate Appeals
In their individual and official capacities
    Defendants

RECEIVED
JUL 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE CHANGE OF ADDRESS

The Clerk of the Court will please be aware that the Plaintiff Garland Walton will be changing addresses effective _August 21_, 2007. New Address: **HUMAN SERVICE CENTER 711 NORTH EAST MONROE PEORIA, IL 61603**

## CERTIFICATE OF SERVICE

I hereby certify that on this _11th_ day of _July_, 2007, a true and correct copy of the foregoing notice of Change of Address was served by First Class United States Mail, postage pre-paid, marked for delivery to:

    United States Judge Paul L. Friedman

    U.S. Attorney Office, Charlotte A. Abel

    Clerk of the Court