UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
SEP 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Garland Walton
FCI Waseca
P.O. Box 1731
Waseca, MN 56093
Reg. No. 03516-025
    Plaintiff

v.

Case No. 07-0837 (PLF)
07-00746 (PLF)

Federal Bureau of Prisons,
Harley G. Lappin, Director of the FBOP
and Jenny Jones, Case Manager at FCI Waseca
Harrell Watts, Administrator, National
   Inmate Appeals
In their individual and official capacities
    Defendants

### NOTICE CHANGE OF ADDRESS

The Clerk of the Court will please be aware that the Plaintiff Garland Walton will be changing addresses effective **SEPTEMBER 19**, 2007. New Address:

   718 N. BRUNS LANE APT.E
   SPRINGFIELD, IL 62702

### CERTIFICATE OF SERVICE

I hereby certify that on this **19** day of **SEPT.**, 2007, a true and correct copy of the foregoing notice of Change of Address was served by First Class United States Mail, postage pre-paid, marked for delivery to:

        United States Judge Paul L. Friedman
        U.S. Attorney Office, Charlotte A. Abel
        Clerk of the Court