UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARLAND WALTON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 07-0837 (PLF) |
| : | |
| FEDERAL BUREAU OF PRISONS, *et al.*, : | |
| : | |
| Defendants. : | |

DISMISSAL ORDER

It appears that the instant civil action was opened in error. *See* Plaintiff's Opposition to Defendants' Motion to Dismiss/Motion for Summary Judgment at 1. The Complaint filed in the instant civil action appears to be a double-spaced copy of the pleading filed in *Walton v. Fed. Bureau of Prisons*, Civ. No. 07-0746 (PLF) (D.D.C. filed Apr. 24, 2007).

Accordingly, it is hereby

ORDERED that all motions pending in this action are DENIED as moot and that this civil action is DISMISSED as duplicative.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
Date: February 4, 2008                                    United States District Judge